UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) MISC. NO. 3:16mj408 |
| 8328 RUSSELL STREET CHARLOTTE NC | ) ORDER TO SEAL SEARCH WARRANT, AFFIDAVIT AND APPLICATION |

UPON MOTION of the United States of America for an order directing that the Search Warrant Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 6th day of October 2016.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE